# EXHIBIT 1



# ARLINGTON COUNTY POLICE DEPARTMENT
## ARLINGTON COUNTY COURTHOUSE
### 1425 NORTH COURTHOUSE ROAD
### ARLINGTON, VIRGINIA 22201
PHONE (703) 358-4040
TTY (703) 358-4610
EMERGENCY #911



WILLIAM K. STOVER
CHIEF OF POLICE

DANIEL V. BORING
DEPUTY CHIEF, CRIMINAL INVESTIGATIONS DIVISION

GREGORY P. BREWER
DEPUTY CHIEF, OPERATIONS DIVISION

ROBERT A. DREISCHER
DEPUTY CHIEF, SERVICES DIVISION

March 1, 1996

Auxiliary Corporal James Metcalf
Police Department
Arlington, Virginia

Dear Auxiliary Corporal Metcalf:

I would like to join Deputy Chief Gregory P. Brewer and Lieutenant A. Philip Beuchert in expressing our sincere admiration and appreciation for the outstanding assistance that you and Officer Christo Dengeles recently provided to the Evening Patrol Section.

Lieutenant Beuchert said, "At 2048 hours on January 29, 1996, Officer Christo Dengeles was dispatched to the 700 block of South Quincy Street in reference to an armed robbery that had just occurred. Auxiliary Corporal James Metcalf was riding with Officer Dengeles in the patrol wagon during this tour of duty. Personnel from the Emergency Communications Center advised that the armed suspects were two young black males wearing blue jackets, last seen running westbound on South 7th Street.

"Responding to search the area, Officer Dengeles and Auxiliary Corporal Metcalf observed two subjects matching the description of the robbers running southbound on George Mason Drive at Columbia Pike. Officer Dengeles and Auxiliary Corporal Metcalf safely proned and handcuffed the subjects without incident. Auxiliary Corporal Metcalf discovered a black plastic Uzi water pistol during the pat down of one of the subjects. The victim of the attempted robbery responded to the suspects location and positively identified them as the robbers. Both subjects were advised of their Constitutional Rights and transported to the Police Department where detectives from the Criminal Investigations Division interviewed the subjects. Both subjects confessed to the robbery.

"Officer Dengeles and Auxiliary Corporal Metcalf should be commended for their dedication to duty, teamwork, and the safety conscious tactics that they utilized to apprehend the subjects."

It is always a pleasure to receive reports acknowledging members of our department for such exemplary performance. It is this type of cooperative spirit that has fostered your reputation as an individual who is dedicated to the department and your fellow officers. You have our special thanks for your efforts in this matter. A copy of this letter will be maintained as a permanent entry in your personnel file.

Sincerely,

William K. Stover
Chief of Police

cc:   Deputy Chief Brewer
      Lieutenant Alt
      County Personnel Department
      Police Department Master File

# COMMONWEALTH of VIRGINIA

## Office of the Governor

George Allen
Governor

## A MESSAGE FROM GOVERNOR GEORGE ALLEN

On behalf of the citizens of the Commonwealth of Virginia, I am pleased to commend Corporal Jim Metcalf, Jr. in his years of service in the Arlington County Police Department.

Public Safety is a top priority of my administration, and we have taken measures designed to reduce violent crime in the Commonwealth. Two years ago, landmark legislation abolished the state's previous dishonest, deceitful parole system and established truth in sentencing. This past July, the juvenile justice system ended decades of protecting violent youths and started treating them as what they really are -- criminals. These measures have resulted in a 12% drop in the rate of violent crime in the Commonwealth.

All these accomplishments would not have been realized without the hard work and dedication of law enforcement officers such as Corporal Metcalf. The selflessness, commitment and sacrifice of Virginia's Police officers merit our strong respect and admiration.

Best wishes to Corporal Jim Metcalf, Jr. for many years of continued service and success.

*George Allen*

Governor

1997

State Capitol • Richmond, Virginia 23219 • (804) 786-2211 • TDD (804) 371-8015

 Deputy James Alfred Metcalf, Jr.
LETTER OF COMMENDATION 

Deputy James Alfred Metcalf, Jr. has been awarded this Letter of
Commendation.

This commendation is given in recognition for an act or acts that materially
contributes to the accomplishment of the goals of the Sheriff's Office.

This commendation comes to Deputy Metcalf based on a recommendation of
the Awards Committee and confirmed by the Sheriff.

This Letter of Commendation is to recognize you and your dedication to the
Spotsylvania County Sheriff's Office during 2004.

As a member of the Sheriff's Office Helicopter Unit, you dedicated your
experience and time to assist the agency with air support for general patrol,
assistance on calls, and community relations events at various times
throughout the year.

The service and expertise you provide to the Sheriff's Office and citizens of the
County are unique and well appreciated.

Your commitment to the Spotsylvania County Sheriff's Office and its Mission is
evident through the countless hours you volunteered to as a member of the
Helicopter Unit. Your dedication to this office and the citizens of Spotsylvania
County is very much appreciated.

This commendation is awarded June 12, 2005.

Sheriff Howard D. Smith



## GOVERNOR'S SALUTE
## TO
## VIRGINIA'S HEROES

James S. Gilmore, III, Governor

November 2, 2001

Robins Center
University of Richmond

