# EXHIBIT 2

February 20, 2025

The Honorable Robert S. Ballou
U.S. District Judge
United States District Court
210 Franklin Road, S.W., Suite 206
Roanoke, VA 24011

Your Honor,

    I am writing you today in order to attest to the character of my husband, James Metcalf.

    Jim and I met at college in 1982. Among the many things that attracted me to him were his kindness, his sense of humor, his intellect, and his work ethic. During the time that we were dating, he took college classes, ran his own disc jockey company, an ambulance business, and a limousine rental business. During all this time he also worked shifts as a paramedic. As long as I've known him, Jim has always been drawn the work of first responders. He has uncles and cousins that worked, and are still working, as first responders.

    We married in 1987, bought a house in Manassas, and quickly started our family. With a young family of six, Jim settled into a career as a real estate appraiser and started our appraisal company, which is still in operation today. Jim was, and still is, a very involved and doting father. He took an interest in every aspect of our childrens' lives. As they grew and became interested in sports, he attended nearly every game (club, high school, and collegiate). He became a respected coach, traveling with their respective teams all over the country. His mentorship to our children, as well as to others on their teams, resulted in scholarships to many well respected universities. Still, Jim always found time to volunteer as a first responder for the various departments he worked for over the years. His shifts would mostly be in the evenings and I recall one particular time when I had awoken in the middle of the night during a hurricane to find him gone. Without cell phones at that time, I just had to anxiously wait for his return. He had gotten a call to help with a search and rescue mission for an overturned boat and hadn't wanted to wake me. I much preferred the safer aspects of his volunteer work, such as riding in parades and working at the county fairs.

    Our children are now grown and we find ourselves as empty nesters. They have all grown to be successful, self-sufficient adults and we are lucky to have them all living fairly close by. We visit and see them often. Our "children" speak to their father many times a week and rely on his friendship and advice. Our oldest two have started their own families and we are extremely blessed to have five (six very soon) adorable grandchildren, who call Jim "Pops". They ADORE their Pops. Their faces truly light up every time they see him. He plays with them, chases them, makes them laugh, and gives them way too many treats. Our middle daughter is engaged and due to marry in September, and our youngest will not be too far behind.

    Jim is also a devoted son, brother, uncle, friend and neighbor. He speaks with his family many times a week and they also rely on his insight and advice. We have amazing holiday parties and get-togethers, so we see all of them often. We also travel and vacation together. Since Jim and I are now considered "the olds" on our block, our neighbors will often call Jim when help is needed. Last summer a

fence had caught on fire across the street and after a call for help, Jim rushed over and began to try to contain it with a hose before the fire department arrived.

    Lastly, Jim has been, and continues to be, a wonderful and devoted husband to me. We just celebrated our 38th wedding anniversary and we still marvel at how our love has endured, even through all the trials and tribulations that have come our way. We like to travel, play pickle ball, bike, ski, hike, attend church, and just hang out together and with our family. He's certainly not perfect, but neither am I.

    It has been difficult to sum up a man so full of character in just over a page, but I hope that this letter will give you some insight into Jim's true personality from the perspective of his wife. I ask that you please take this insight, as well as those provided by others, into consideration when making your decision regarding sentencing.

    I thank you, very much, for your time.

Respectfully,

Monika E Metcalf

James Metcalf (aka Pops) with his grandkids.




