# EXHIBIT 3

To The Honorable Robert S. Ballou:

My name is Hayley Metcalf, and I am Jim Metcalf's daughter. I am honored to be given a chance to explain to you just how much he means to me and my family.

To fit my dad's character into one story is, quite frankly, impossible because it is not one action or moment that has made him the man that he is, but rather thousands of little moments that have helped shape him and those around him, including myself.

**Jim Metcalf is a mentor**. My dad has always been more than just my father; he was my coach and mentor. Both of my sisters and I grew up playing softball, and he served as a coach to all three of us. Those who grow up in athletics know how difficult it can be to manage practice, school, homework, and all the general woes of being a kid. Not many can say their dad was navigating these challenges with them every step of the way. My dad has spent countless hours with not just me, but hundreds of other girls, giving guidance and mentorship. Those in athletics also know that the lessons you learn playing team sports are lessons that you carry throughout the rest of your life: teamwork, work ethic, punctuality, resilience, and respect, to name a few. You could survey almost every girl my dad has coached over his tenure, and they would all look back fondly, particularly on his post-game speeches in which our wins were celebrated and each loss had a lesson. Through his mentorship, I can confidently say that my dad helped create a community of girls, who ultimately became women who believed in themselves. I know this because I am one of them.

Even when my dad was not my coach, he never missed a game. In college, he would make the drive up to Philadelphia from Virginia for our Wednesday double headers, finishing work early to ensure he was there by the first pitch. He and I would always follow those games with dinner in the city to talk about life, how my classes were going, and where we would go for dinner when he would be back the following week. That time with him was invaluable, and I believe it speaks volumes of his character that he would drive six hours in one day just to show up for me, spend time with me, and cheer me on.

**Jim Metcalf is a "girl-dad"**. He believed in me before I believed in myself, always acting as my champion and instilling in me that I can do anything I set my mind to. He taught me to work hard and that nothing is given to you; it must be earned. This mentality and work ethic led me to attend and graduate from the University of Pennsylvania and set out on my own career in a male-dominated tech industry.

**Jim Metcalf is a family man**. To know the kind of man my dad is, you simply need to look at the family he has created: He has four children and six grandchildren (and counting!) who lovingly refer to him as 'Pops.' I look back extremely fondly on my childhood. I realize now as an adult that it is all because of the efforts of my dad, in partnership with my mom, to create a loving environment and lasting memories. He taught my siblings and me to work hard, be kind, give back to our community, show up for our family, and to love one another above all else.

Simply put, I would not be the woman that I am today without the constant love, support, and guidance from my dad. My dad has given me many things throughout my life: my resilience, my exquisite taste in music, my drive, but, arguably the most important is his 'family first' mentality which I hope to emulate as I start my own family very soon.

For as strong as my dad is, I have only seen him cry twice: when he dropped me off for college and when I recently got engaged.

I am getting married in a few short months. I know most little girls grow up dreaming about their wedding, what it will be like, the 'prince charming' waiting at the altar. As my wedding date approaches, I find myself worrying about all the typical things a bride worries about; the color scheme, the food, the music, and ensuring everything is perfect. But, I now also worry about my dad. I've never been more certain about the man I am choosing to marry, but at the same time, I'm uncertain if the man I loved first will be there to walk me down the aisle. My hope is that my dad will be present throughout this process: picking out the silverware, the linens, the music - all those little experiences with him I would have taken for granted before which carry so much more weight now. It would mean the world to me to be able to have my dad there throughout one of the most pivotal times of my life, just as he has been throughout all my major life milestones.

I hope through these testaments that I have given you a small glimpse into the person my dad is. Ultimately, I ask you for leniency. I ask that you please keep in mind my dad's grandchildren, children, wife, parents, friends, and me: the little girl who wants so deeply to have the man who taught her how to love walk her down the aisle to her future husband.

Most important of all, **Jim Metcalf is my hero**. My dad is, and will always be, the best man I have ever known and it is the honor of a lifetime to be his daughter.
Thank you,
Hayley Metcalf


