# EXHIBIT 4

Case 3:23-cr-00011-RSB-JCH   Document 300-4   Filed 03/14/25   Page 1 of 2
Pageid#: 3468

February 18, 2025

The Honorable Robert S. Ballou
U.S. District Judge
United States District Court
210 Franklin Road, S.W., Suite 206
Roanoke, VA 24011

Dear Judge Ballou,

I am writing to offer my sincere character reference for James Metcalf, who is currently before you regarding a felony charge. I have known Jim my entire life, fifty three years, as my older brother. I would like to share my perspective on their character.

I know Jimmy as responsible, hardworking, caring, and loving. As the eldest sibling, I have come to rely on his wisdom and integrity during times in my own life when I was met with adversity. His love for his wife and children, and now grandchildren is admirable. He often gives up his own time to support the needs of his four adult children and five (soon to be six) grandchildren. For me and my family, in particular, I can remember one time when my own son was rushed to the hospital. My brother was the first to be there, offering a calm voice and much needed support in my absence.

While I understand the seriousness of the charges, I believe that this situation does not define the person I know. Jim has lived a life of service for others in his many pursuits. He is a friend to all and a loving family member to many.

I respectfully ask that you consider these aspects of my brother's character when making your decision. I trust that the court will reach a just conclusion, and I hope this letter provides additional insight into his true personality.

Thank you for your time and consideration. Please feel free to contact me if you require any further information

Sincerely,

*[signature]*

Dr. Tanya Salewski, M.Ed. Ed.D.

████████@verizon.net