# EXHIBIT 5

February 20, 2025

The Honorable Robert S. Ballou

US District Judge

United States District Court

210 Franklin Road SW, Suite 206

Roanoke, VA 24011

Dear Judge Ballou,

I am glad to take this opportunity to share directly with you some thoughts regarding James Metcalf. I met him in 2007 on the girl's fast pitch softball team where my daughter and his daughter were playing. From that point forward we formed an alliance and coached together. We coached some 500 to 600 games while traveling all over the United States.

I had the opportunity to watch Jim function as a coach and a mentor. His daughters and many of our players including my own daughter became excellent softball players and most certainly stronger and more capable girls and then young women because of Jim's guidance and coaching. He is beloved by many of the likely hundreds of players we came across in our time coaching.

As we played some 90-100 games a year, there were many occasions to hear Jim's stories regarding his volunteer police work. It is impressive that he had the time with four children to devote to that pursuit. I told him many times he should write a book. Simply put, Jim is the best and brightest this country has to offer. I asked him if he would write a letter for my son Matthew who was applying to the US Naval Academy. Jim obliged and frankly much of what he wrote in that letter could be written by me now to you to describe him.

We remain friends to this day. I know him well. I know his wife and children well. Jim and his family reflect what this country should expect of its citizens. I am aware of the circumstance which brings his matter before you. I hope that sharing with you that his work volunteering on the softball field is a contributory reflection of his giving back. I can assure you most sincerely that he made a very positive impact on the lives of many girls. He brought out the best out of them while working diligently to improve their game and in most cases facilitating their playing in college to include significant if not full scholarships.

To this day, Jim and I serve on the board of Shamrock's softball, a 501©(3) girls fast pitch softball team founded in 1972. We have served on this board for many years. Jim regularly speaks to coaches in the Shamrock program. He often provides free lessons in some of the specialties that he instructs in. All of this as a volunteer and all for free. He is widely regarded as an expert instructor in softball hitting (slapping). Any reasonable description of Jim's life experience, resume, family, and personal history would be impressive to any reader.

I can imagine how difficult it is to review people in a role as a judge solely on paper. To that end, I hope this provides clarity about Jim from my perspective for a person that I have known for nearly 20 years.

In summary, Jim is a fine individual. His volunteering extended beyond the police department. He has made an impact on people's lives, especially young impressionable girls, and to this day he remains in touch with many of them. The experiences from the softball field under his direction, and mine it is something that I think these girls remember. People like Jim are important in the function of our society. He appears to have lived a life of giving back in many ways. As I noted, I was impressed by many of his stories and experiences volunteering as a police officer.

I hope this is helpful to you in assessing Jim's character. Please contact me at any time should you need additional information or an expansion on anything that I share with you in this letter.

Respectfully submitted,

Mark Ehlers

*Mark Ehlers*

703-███████

███████@gmail.com