# EXHIBIT 6

**Bradley C. Jones**

Manassas, Virginia 20111

███@gmail.com

(703) 861-8563

January 21, 2025

The Honorable Robert S. Ballou
U.S. District Court Judge
United States District Court
210 Franklin Road, S.W. Suite 206
Roanoke, VE 24011

To Whom It May Concern:

Jim recently installed a shared gate for us and our neighbors so that our children could access his family's pool, yard and sports court. This speaks to the thoughtfulness and generosity of Mr. Metcalf.

I could go on for days about his care and helpfulness to our family and his amazing engagement with our and other neighbors' children. He is essentially the neighborhood Uncle (or Grandpa – sorry, Jim). But he is an amazing grandfather and father as exhibited by his children and grandchildren.

Jim was also the first person to show up to introduce himself when we moved into our house and immediately helped with a number of issues. He is selfless, earnest and honest! And, he hosts a fantastic annual Halloween party for all of the neighbors, his amazing family and friends that our kids and other children have already planned their costumes for this year.

It's also the little things in daily life, such as bringing in the trash cans, keeping an eye on our children and the bevy of neighborhood kids. And, being patient with our dog, Trixie, and her arch-nemesis, Creos (Jim's sweet dog).

Jim is thoughtful, kind, sincere and an amazing asset to our community, and has been a great mentor to me.

Sincerely,

*[signature]*

Bradley C. Jones