# EXHIBIT 7

Tim Mahoney                                                                3/13/25
█████████████████
Catlett, VA 20119
703-█████████

The Honorable Robert S. Ballou
U.S. District Court
United States District Court
210 Franklin Road, S.W., Suite 206
Roanoke, VA 24011

Re:  Jim Metcalf Character Reference

Honorable Judge Ballou,

My name is Tim Mahoney, I am a close family friend of Jim Metcalf.  It is unfortunate that I must write on Jim's behalf in this regretful situation, but I feel this is the least I can do.  Jim is truly an outstanding person, a great husband, father and son.  He is extremely loved and close with his entire family who have been a huge support to him while dealing with the case as he would for any of them or even a friend.

Jim and I came to know each other when our kids attended elementary and middle schools together.  We worked at many school activity days such as the Great Ghost Chase and career day.  Jim participated as a motor patrol policeman and rode his motorcycle to school for the kids to admire.  We also volunteered many fund-raising functions, where Jim was the MC and auctioneer at the gala for many years.

Jim for many years has show his passion and commitment to support his communities.  First, volunteering as a firefighter while attending University of Maryland.  After graduation he joined the Arlington County Police department. Then later after leaving the department and starting multiple companies, volunteered to continue as a trained law enforcement officer with multiple Sheriff's departments in the area.  Because of his dedication to community, he has brought favorable outcomes to many critical situations.

Jim and I have become closer, since the case.  We have had many open discussions about his frustration of the decisions he made during this period, the shame he feels and the burden this has brought to his family and friends.  He truly wishes he could turn back time and chose to show his support through constructive upright recruitment.

Jim is a compassionate man who is always willing to lend a helping hand, a word of advice or bring a clear solution to a contrary issue.  He is a strong leader who manages from the front and supports those around him.  Jim brings a positive attitude and outlook to every situation he's involved with.

Jim is a man of integrity and understands the gravity of the poor decisions he's made.  He will carry this for the rest of his life.  But through this lapse of judgement, I am certain he will become stronger and build on his own character.

I could not find a better person to call a friend.

Respectfully,

Tim Mahoney