# EXHIBIT 8

The Honorable Robert S. Ballou

Judge Ballou

    My name is German Pareja. I have known Jim since 1982. I am his neighbor, and I reside directly across the street. I have lived across the street for 20 years. I know Jim very well and know his family, including his sisters, his parents and his children. Jim and I have worked together on deals, and I have found him loyal, trustworthy and an excellent friend. I have worked with his family on many transactions. The entire family are great people. I rely upon him for help as needed and he on me regularly. He and I speak multiple times a week. We have for years. He has a spectacular family and is a Norman Rockwellian poster child for the American family. By all measures he is a fantastic person, an excellent father, husband, and grandfather. I interacted with his family more times than I can remember to find them all to be cut from a similar cloth. I can't tell you how many times I have watched Jim leave this neighborhood blue lights blazing for his work in law enforcement. Over the years he has had multiple police cars, police motorcycles more parked over there. I am fully aware of his situation after talking to him and reading the newspaper. For decades I have seen him in his volunteer work. I have seen him in uniform so many times, at parades, holiday events, shooting radar, doing traffic control all over Manassas over the years, mostly on a police motorcycle. We are both parishioners of All Saints Catholic church. I know him to be very active in the church and their work. I see him in church often. He has helped me and my family many times, through issues, to include car wrecks, a severe house fire and much more. I consider him a trusted friend. He is a decent and hardworking person. He is honest and reliable. We need more people like him. He has devoted his time and energy to making things better for himself and others. You cannot ask for a better friend and neighbor. I pray this information will help you in assessing Jim as a man. I want the best for him as he moves forward. He and his family deserve that.

Sincerely,

G. Pareja