# EXHIBIT 9

The Honorable Robert S. Ballou

U.S. District Judge United States District Court

 210 Franklin Road, S.W., Suite 206 Roanoke, VA  24011


January 24, 2025

RE: James "Jim" Metcalf

Your Honor,

I have known Jim Metcalf for over forty years; both personally and professionally. In addition, I served honorably with Jim as a Reserve Deputy Sheriff and later, as a Reserve Police Officer. I feel this provides me with a unique insight into Jim, his family, and his commitment to his community.

I first met Jim because of my work in the financial services industry: Jim owned and operated one of the largest appraisal firms in the Washington DC metro area and was a valuable and trusted vendor, and still is, to every major bank in the area. I came to trust Jim with my customers and value his professional insight and knowledge in the local market. Over the years, Jim provided appraisal services to more than 1000 of my customers and I can assure you that we never had an issue as to his professionalism, knowledge, or customer interactions.

When I first met Jim he was a young father of four children and being a young father myself, I was amazed how he managed to find the time to run a successful business and coach every sport his children played, support every aspiration they had from theater to softball; he was always there making the time for his children and his relationship with them forty years later is a testament to his commitment and dedication to his family.

For as long as I have known Jim he has been committed to his church and community. Again, how he finds the time is incredible but he does. If he is not doing something on a Saturday with one of his children or grandchildren, you can find him at his church's bake sale or other activity. When he is not doing that, he is having an early breakfast with his parents or doing work around their house.

I worked with Jim, first as a Reserve Deputy Sheriff and later as a Reserve Police Officer, from 1998 until I was injured in the line of duty in 2010 and retired from the department. We worked together as volunteers in 3 agencies, 1 sheriff's office and 2 police departments. Most people don't know the time commitment, let alone the danger faced by members of these reserve/volunteer programs. Jim and I were essentially force multipliers, certainly for

the police department's we volunteered with. The departments were understaffed and under-resourced as a result both Jim and I were assigned patrol cars and worked the streets the same as any full-time police officers. We faced the same dangers at work, were provided with the same level of training and did all of this for no pay or benefit other than the satisfaction of serving our communities and trying as best we could to make a difference. Jim testified in court as to the arrests he made and was considered an expert motorcycle operator within the department.

Jim received multiple service awards and citations; he and I were both first responders to the 9/11 incident at the Pentagon and were willingly away from work and family for several days until relieved. We, along with several other officers, were recognized by the Governor of Virginia for response and activities on 9/11. This is just one example of the hours of dedication and risk, time away from work and family, that Jim willingly undertook for his community.

In conclusion, I have known Jim, and watched him perform with merit, under every possible circumstance. Jim's children are truly a reflection of him, all very successful both personally and professionally. Many times, I was in a position to have to trust Jim, and the decisions he made, with my life, and he never failed me. Jim is a credit as a son, father, husband, friend, and community member. I trust Jim implicitly and hope that this note provides some insight into who Jim is as a person and his motivations.

Sincerely,


Colin C. Ruffner

703-███████

███████████████, Fairfax Va. 22030