# EXHIBIT 10

▆▆▆▆▆▆▆▆▆▆
Fairfax, Virginia  22032

February 23, 2025

The Honorable Robert S. Ballou
U. S. District Judge
United States District Court
210 Franklin Road, S.W., Suite 206
Roanoke, Virginia  24011

Dear Judge Ballou,

 I write to offer a character reference for my son, James Metcalf, Jr.  Jim, now a grandfather in his early 60's, has been interested in Public Safety Service since his youth, first as an Emergency Medical Technician and then as a law enforcement officer.  His career took him into other fields of work.  However, he continued volunteer service as **an EMT, Deputy Sheriff, Reserve Deputy Sheriff, Reserve Police Officer, and Certified Flight Officer (helicopter)** for some three decades.  He won many awards for his service and assembled an impressive record of training: thousands of hours sometimes at his own expense.  This particular type of service assumes enormous risk and **a willingness to serve, no matter the cost, no matter the risk**.

I am extremely proud of the character my son displays and grateful for the opportunity to comment.  Please feel free to contact me if I may provide further insight.

Respectfully,

James A. Metcalf, Sr., Ph.D.